## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00264 |
| v. | (Chief Judge Brann) |
| BRYCE RICHARD STANGER and TANYA JAYNENE STANGER, | |
| Defendants. | |

## ORDER

### JANUARY 27, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' motion to suppress evidence (Doc. 40) is **DENIED**.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge