**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00264-01 |
| v. | (Chief Judge Brann) |
| BRYCE RICHARD STANGER, | |
| Defendant. | |

**ORDER**

**FEBRUARY 24, 2026**

Bryce Richard Stanger has filed a *pro se* 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence.[1] This Order and the attached Notice of Election are being provided to Movant to advise him of certain limitations on filing such motions.

The United States Congress, with broad bipartisan support, passed the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA"). The United States Supreme Court subsequently upheld the constitutionality of the AEDPA.[2] The AEDPA, among other things, amended Section 2255 to provide a one-year statute of limitations and placed stringent restrictions on the filing of a second or successive motion for writ of habeas corpus. By way of example, in this matter a panel of the United States Court of Appeals for the Third Circuit would have to approve a second or successive petition for writ of habeas corpus, should Movant choose to file another motion in the future.

---

[1]   Doc. 147.
[2]   *See Felker v. Turpin*, 518 U.S. 651 (1996).

This Order notifies Movant, pursuant to *United States v. Miller*,[3] that Movant has two choices, each with an attendant consequence:

(1)    Movant may have the Section 2255 motion ruled on as filed. If Movant chooses to have the motion ruled on as filed, it is with the understanding that Movant may lose the ability to file a second or successive motion absent certification from the Third Circuit; or

(2)    Movant may withdraw the Section 2255 motion and instead file one, all-inclusive 2255 motion. If Movant chooses to withdraw the motion, it is with the understanding that Movant must file the all-inclusive motion within the one-year period allowed by the statute of limitations.

**IT IS HEREBY ORDERED** that:

1.    Movant shall, within forty-five (45) days of the date of this Order, complete and file with the Court the attached Notice of Election; and

---

[3]    197 F.3d 644 (3d Cir. 1999). (Holding that upon receipt of a *pro se* pleading challenging an inmate's conviction or incarceration--whether styled as a § 2255 motion or not--district courts should issue a form notice to the petitioner regarding the effect of such a pleading in light of AEDPA. This communication should advise the petitioner that he can (1) have his motion ruled upon as filed; (2) if his motion is not styled as a § 2255 motion have his motion recharacterized as a § 2255 motion and heard as such, but lose his ability to file a second or successive petitions absent certification by the court of appeals; or (3) withdraw his motion and file one all-inclusive § 2255 petition within the one-year statutory period prescribed by AEDPA in § 2255).

2. Failure of Movant to comply with this Order and return the completed Notice of Election will result in the Court's ruling the Section 2255 motion as filed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

BRYCE RICHARD STANGER,

Defendant.

No. 4:21-CR-00264-01

(Chief Judge Brann)

## **NOTICE OF ELECTION**

I, _____, movant in the above captioned action, have read the Order of Court which accompanied this form notice. Pursuant to that Order, I elect to proceed in this action as follows:

_____I choose to have the Court rule on my 28 U.S.C. § 2255 motion as filed. I understand that I may be barred forever from presenting in federal court any claim that has not been presented in this motion. I further understand that by doing so I lost my ability to file a second or successive motion absent certification by the United States Court of Appeals for the Third Circuit, and that any potential for relief is further limited in a second or successive petition.

_____I choose to withdraw my motion so that I may file one, all-inclusive motion under 28 U.S.C. § 2255 within the one-year period of the statute of limitations.

YOUR ELECTION ON THIS FORM, AS WELL AS THE FAILURE TO MAKE AN ELECTION, WILL BE BINDING ON YOU WITH REGARD TO YOUR LITIGATION IN FEDERAL COURT OF ANY CLAIM RELATED TO THE CUSTODY YOU HAVE CHALLENGED. READ CAREFULLY THE ORDER ACCOMPANYING THIS NOTICE OF ELECTION FORM.

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
(Date)                                              (Signature of Movant)